LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 4, 2022



**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Aponte-Guzman, et al., 21 Cr. 661 (AJN)**

Dear Judge Nathan:

    I represent Nelson Agramonte-Minaya in the above matter. An initial conference was held on February 1, 2022. During the conference, the Court adopted the parties' proposed motions schedule, with defense motions due today, and set a trial date for June 6, 2022.

    Additional time is needed to prepare and file any defense motions. Accordingly, I write, with the consent of the Government, to respectfully request a one-week extension for defense motions, and consistent with such request, a one-week extension for the Government's opposition and defense replies.

SO ORDERED

Thank you for your consideration.

*[signature]* 3/4/2022

Respectfully submitted,

/s/

Anthony Cecutti