UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NELSON AGRAMONTE-MINAYA,

Defendant.

21-CR-661-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 17, 2022, defendant Nelson Agramonte-Minaya was sentenced principally to a term of imprisonment of 108 months. Dkt. 82.

On March 8, 2024, Agramonte-Minaya, *pro se*, filed a notice on the docket of this case inquiring whether he is eligible for a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 125. The United States Probation Department has issued a supplemental presentence report concluding that Agramonte-Minaya is not eligible for a sentence reduction, because the sentence imposed was below the bottom of the Guideline range that would apply to Agramonte-Minaya after implementation of Amendment 821. Dkt. 117.

The Clerk of Court is requested to mail a copy of this order to Agramonte-Minaya at the below address:

Nelson Agramonte-Minaya
67460-509
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887

1

The Court is separately instructing the United States Probation Department to furnish a copy of the supplemental presentence report to Agramante-Minaya's case manager at FCI Allenwood, with instructions to permit Agramonte-Minaya to review the report upon request.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 13, 2024
       New York, New York