UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

NELSON AGRAMONTE-MINAYA,

Defendant.

---

21-CR-661-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today received a *pro se* motion from defendant Nelson Agramonte-Minaya seeking a reduction of sentence pursuant to Sentencing Guidelines Amendment 821. Dkt. 128. Agramonte-Minaya previously moved for such relief, *see* Dkt. 114, in response to which the Court, on March 13, 2024, issued an order denying such relief, on the grounds that Agramonte-Minaya is ineligible for relief under Amendment 821. *See* Dkt. 126. The Court denies today's successive motion for the same reasons as it denied the earlier motion. The Clerk of Court is requested to terminate the motion at Dkt. 128.

The Clerk of Court is respectfully directed to mail a copy of this order to Agramonte-Minaya at the address below:

> Nelson Agramonte-Minaya
> 67460-509
> FCI Allenwood Low
> P.O. Box 1000
> White Deer, PA 17887

1

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 28, 2024
       New York, New York