UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JORGE APONTE-GUZMAN,

Defendant.

21-CR-661-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court today received a *pro se* letter from the defendant seeking either reconsideration of his motion at Dkt. No. 128, or, in the alternative, to receive copies of the defendant's letter at Dkt. No. 114 and the Court's order at Dkt. No. 126. The Court hereby requests that the Clerk of Court (1) mail a copy of the defendant's letter at Dkt. No. 114 and a copy of the Court's order at Dkt. No. 126 to the address below and (2) terminate the motion at Dkt. No. 130.

    Nelson Agramonte-Minaya
    Reg. No. 67460-509
    FCI Allenwood Low
    P.O. Box 1000
    White Deer, PA 17887

    SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2024
       New York, New York