UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>NELSON AGRAMONTE-MINAYA,<br><br>                    Defendant. | 21-CR-661-02 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Court received a *pro se* motion from defendant Nelson Agramonte-Minaya seeking reconsideration of the Court's denial of a reduction of sentence pursuant to Sentencing Guidelines Amendment 821.  Dkt. 133.  The Court denied Agramonte-Minaya's motion for such relief on March 13, 2024, Dkt. 126, and, on March 28, 2024, denied Agramonte-Minaya's motion for reconsideration of that denial, Dkt. 129.  The Court, finding no merit to Agramonte-Minaya's latest application for reconsideration, denies this successive motion, for the same reasons it denied Minaya's initial motion for a reduction of sentence.  The Clerk of Court is requested to terminate the motion at Dkt. 133.

The Clerk of Court is respectfully directed to mail a copy of this order to Agramonte-Minaya at the address below:

Nelson Agramonte-Minaya
Reg. No. 67460-509
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887

1

Case 1:21-cr-00661-PAE   Document 134   Filed 05/31/24   Page 2 of 2

2

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 31, 2024
       New York, New York