UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NELSON AGRAMONTE-MINAYA,

                    Petitioner,

              -v-

UNITED STATES OF AMERICA,

                    Respondent.

24 Civ. 8681 (PAE)

21 Cr. 661-2 (PAE)

ORDER TO ANSWER, 28 U.S.C. § 2255

---

PAUL A. ENGELMAYER, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

The U.S. Attorney's Office shall file an answer or other pleadings in response to the motion by January 17, 2025. Petitioner shall have 30 days from the date on which petitioner is served with respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number (21 Cr. 661-2) and will be docketed in the criminal case.

The Clerk of Court is directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated:   November 15, 2024
           New York, New York

                                                        _Paul A. Engelmayer_
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge