UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NELSON AGRAMONTE-MINAYA,

Defendant.

21-CR-661-02 (PAE)

ORDER ON MOTION

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the *pro se* motion of defendant Nelson Agramonte-Minaya to alter or amend the judgment in this case, pursuant to Federal Rule of Criminal Procedure 59(e), Dkt. 150, as well as the Government's opposition, Dkt. 151, and Agramonte-Minaya's *pro se* reply, Dkt. 152.

For the reasons well stated in the Government's opposition, the Court denies the motion, and reaffirms its denial of the defendant's motion pursuant to 28 U.S.C. § 2255.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 150 and to mail a copy of this order to the defendant at the below address:

Nelson Agramonte-Minaya
Reg. No. 67460-509
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 14, 2025
       New York, New York