UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NELSON AGRAMONTE-MINAYA,

Defendant.

21-CR-661-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se request from defendant Nelson Agramonte-Minaya

seeking the imposition of a term of supervised release.  Dkt. 156. The Court directs the

Government to respond.  The Government's response is due **May 1, 2026**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 17, 2026
        New York, New York